UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GIL ALVARADO, a single man,<br><br>Plaintiff,<br><br>v.<br><br>SONA CO., INC., a foreign corporation,<br><br>Defendant. | NO. CV-05-175-RHW<br><br>**ORDER DISMISSING CLAIMS, WITH PREJUDICE; CLOSING FILE** |

Before the Court is Plaintiff's Motion to Dismiss Case with Prejudice (Ct. Rec. 47). Plaintiff and Defendant Sona Co., Inc. ask that the Court dismiss the claims against Defendant Sona Co., Inc., with prejudice and without cost.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss Case with Prejudice (Ct. Rec. 47) is **GRANTED**.

2. All claims asserted by Plaintiff against Defendant Sona Co., Inc., are **dismissed** with prejudice and without costs.

3. Defendant Sona Co, Inc., is **dismissed** from the above-captioned case.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 24th day of April, 2007.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\Alvarado\dismiss2.wpd

**ORDER DISMISSING CLAIMS, WITH PREJUDICE; CLOSING FILE** ~ 1